CHRISTOPHE FOSTER
Plaintiff,
V.

State of Ohio, ET AL,
Defendant.

Case No. 1:16CV920

J. BLACK

M.J. BOWMAN

FILED
TIME____
SEP 12 2016
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

## COMPLAINT

This is an Official Capacity suit. Before and during September 2014, I had conversations with Roger Wilson the Chief Inspector asking for his help. I was under isolation at this time already over 270 days, and being treated like an animal at Toledo Correctional. I was forced to disrupt just to even get a shower as I was denied any form of recreation. On or about the 12th of September Warden John Coleman who was DWO at the time ordered a CO (group of them) to take a cart and dispose of all of my legal work. His actual words were make it disappear, LT. Berderman and several CO(s) executed the order. When I returned to the non accessible cell several staff members informed me I would get my property back. All I had was a suicide blanket and I have not ever been suicidal in prison. Neither did I have handicap access before the staff took my property. My Movie script I took years to write and was in negotiation of selling along with over 100 songs and a music deal for total of 5 million dollars was inside. Patterns, pictures, books, and several priceless things were included, including my legal work. Kelly Roberson knew of this stuff and did nothing to advocate that federal rights were enforced. LT. Berderman continued to harass me and I lost it. Soon it was said that I spat in his face. The next day Sept. 23rd, 2014, I was preparing to go to S.O.C.F. & was told that all of my property would be sent there. At arrival to S.O.C.F. I was handled brutally and without care of staff. Coming through the door I was surrounded by Caucasian CO(s) and LT.(s) etc. Yelling me welcome to redneck ville. My ankles were cuffed so tight that my leg would quiver

2 pg of 6

ad jump by it's self for about a year after the incident. I still have the scar. I was shot 16 times by an officer in 2011 and have not healed so I am still a chronic care patient. I was told I was about to be raped in the middle of being questioned about prea key (Southworth, a C/O). I was told several more racist and derogatory statements as they pushed me down the hall running me into every crash gate, while cuffed beyond bare. Right when the group of like 15 C/O(s) or more were about to push me down steps (only inmate in sight was me) 3 supervisors stopped them and said they got a better plan. I was then wheeled to J-1 ramp, handcuffed behind back and on ankles. The other C/O(s) and supervisors left as Rardin shoved me a but he exclaimed he was going to put inside the spit mask on my face. Southworth, Neff, T. Parish, and John Doe were with Rardin as they took me down the ramp. In the wheelchair saying racist remarks right before a couple head punches that lead to me getting brutally beat until I could not feel any lungs. I was soon or later in a cell, no light, no wheelchair or toilet access etc.

Cpt. Workman kneeled to my face and said, "that was just a taste. We kill people here, this is where you are going to die here." He told me he would be back with a group of C/O(s) to fill the cell up with grenades and men until I die beating me to death. Roger Wilson was informed but supported it all. I recieved no dinner, blanket, medical assistance etc. Inmates put in a medical request for can for me I could not move. Dr. Ahmed (Fiscal) came a day or so later and told me he does not care if C/O(s) he refused to asses my pre-existing injury(s) or my new injury(s) and discontinued all of my medical treatment in ten minutes or less from in front of the cell while telling me he didn't like me and he was in

conspiracy, blatantly. I was struck mentally and physically. While in that cell I was denied all accessibility, showers, recreation, med treatment, etc. When I dropped feces or urined, I had to use a tray and transfer the hazard into the toilet that I could not access (Non A.D.A. Cell). Inmates filed a state civil suit for me. On Oct. 23rd, 2014, the summons arrived and I was immediately moved to a cell to cover it up, also given wheelchair inaccessable cell. Then I found out all the cell blocks themselves were not accessable because they had steps. I was dragged up and down steps whenever I had to leave unit. They had mechanical ramps for emergencies but they were broken. No blocks have fire extinguishers (referring to sprinklers). Mode is built up on the walls and vents, spiders, spider webs, etc. DWSS Cadogan, DWO Cool, U/M A. Davis, Warden Morgan, and others were all in conspiracy through the whole thing. I saw Dr. Ahmed one more time and he threatened my life with physical harm by brutality and denied me medical aid again. I signed a paper that I refused to see him again. Steve Carter (C/O) denied me toilet access purposely, and threatened my life. Major Warren threatened my life and sent staff members to physically beat me at a later time. He also banned me from the phone for six months because my family kept calling the prison (Roger Wilson banned me from humane contact from 2014-2015). My T.V. was destroyed, and music equipment, also Neff destroyed my shoes and clothing. S.O.C.F. denied me of my legal work from the transfer from T.O.C.I., and I was ran in circles to the present day (The property last seen in Sept. 2014). 3 civil suits were impeded as I was also denied legal access by both prisons and Ms. Aldridge. The suits add up to $20.3 million dollars.

Sgt. Alts has threatened my families life severely, Sgt. Dear, this Sgt. has threatened me and enforced torture. O'Connor and Offy have facilitated this behavior and made it clear by saying they don't care about Federal regulations. I even asked COO1 to stop these people; as soon as I spoke with him it got worse like he sicked them on me. I was placed next to a psychotic man that screamed frantically from 4AM - 1PM daily. 2015 July, My judgment of conviction became void completely. I was sent to Toledo - T.O.C.I. immediately. My property still missing and destroyed. I have lost a lot of close relationships, even my religion, hair etc. I even lost contact with Ohio Innocence project, whom had taken my criminal case (allegedly they said). I feel like I am being treated below an animal. When I got to T.O.C.I. they continued to illegally detain and impede my case, Tampering with my food (Hammerick, Lt. Phillips, COONS, Danhoff, Johndoe), giving me others meds (Nurse Koons), harrassing me for seeking redress (Mike DeWine, Christopher Bagi) Threatening and harrassing me (D.W.O. Bowerman, LT. Copley). David Bobby involved.

Now I wear a balled head by force. Wheelchair could not even fit in cell. Sprayed me with over the normal amount of mace. (200 Grams). Now I am denied wheelchair access still but not allowed to use it except for going to shower. I was in a cell I could not even access bed. I lost it. I was denied shower. I lost it. Whaley, Erdos has done nothing to rectify as of today still illegally detaining me and denying me A.D.A. accessability. According to OCI I am not even supposed to be in prison. According to known law as well.

My mail for J-pay is not getting responses, paper, No J-pay use, etc.. I am not recieving any medical treatment or aid. I am in severe chronic pain. My skin disease is not being treated and I am not sure how long I can continue hopping around in this cell without accessability. This cell is disgusting and I am not even able to get any cleaner or have it cleaned of mold, insects, worms, dirt, etc.., The sink does not even work properly. The mold is so strong I can smell it. My foot, spine, leg, a kneck are hurting more and more (genatals as well). This is extreme & outrageous. I am in imminent danger, mentally & physically alike of injury. I was 4(A) at a period of time and not even given 4(A) privileges. I am forced to watch shows on tv. I would not watch, and miss the shows I would. I am missing work, school, my life, family and more. David Bobby involved.

STATE OF Ohio, ET AL., Relief [; Total $80 million dollar estimate.

—Torture, (Brutal) assault, accessability, discrimination, (Amounted to impediment, harassment, property distruction, Brainwash, loss of work, Emotional distress) False imprisonment, 8th Amendment of U.S. Constitution violation, 14th Amendment of U.S. Constitution, A.D.A. violations (Torture).

Defendant (S)(ET AL)
T.O.C.I., S.O.C.F., D.R.C., STATE OF Ohio, and Several State actors.

Verification:

I Christopher Foster declare under penalty of perjury and/or verify that the foregoing is true except as to those beliefs to be relied upon. The facts are true and correct.

Executed at Lucasville, Ohio Scioto County
Date September 8th, 2016

Christopher Foster #665579
Christopher Foster #665579
P.O. Box 45699
Lucasville, Oh. 45699