1 OF 2

FOSTER
V.
STATE OF OHIO

FILED
R. C.
2016 SEP 26 PM 1:30
U.S. SOUT
WEST

Case No. 1:16-CV-00920

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

## PLAINTIFF'S MOTION SUPPLEMENTING & ADDUCING THE MISTAKENLY OMMITED IN COMPLAINT/SOUGHT RELIEF — NUNC PRO TUNC

I Christopher Foster, pro'se, as Plaintiff in this litigation now move to clarify the facts that were mistakenly ommitted from the complaint of this case. In 2014 & 15, Ms. Mahlman was one of the administrators that aided in covering up the unlawful beatings and threats/deliberate indifference of Dr. Ahmed and officers. My wheelchair wasn't even able to fit in the Toledo cells I was housed in without jotting ad rubbing to enter and exit. As for S.O.C.F. I seek for them to be condemned for it's many years of violating Federal Regulations, A.D.A Title II Regulations and Law in General. My F.B.I. Identification of criminal history number (FBI #90802 6FC6/-BCI (535557C). No lawful judgment of conviction exists for my custody. C/O Southworth of SOCF caused me also to fall on my face upon a group of officer laughter and taught while cuffed hand and feet with mask. Ms. Aldridge still estops my legal research etc/material purposely so that I cannot get of the anguish and eaten at hand. This system is like the haunted homes on Scooby Doo. A true conspiracy. (More than 400 grams of OC deployed



on me excessively and Exhibit A-1 is attached
(two huge cans of FOX-Mace-Toledo Corr. Inst.) -
I sit in fear hear at Lucasville, nowhere to turn but law.

Respectfully Submitted
Christopher Foster
Christopher Foster #665579
P.O. Box 45699
Lucasville, OH. 45699

# Conduct Report

| Institution: TOCI | TOCI-15-004954 |
|---|---|

| Name: FOSTER, CHRISTOPHER | Number: A665579 | Lock: C3/E/0002 |
|---|---|---|

| Date/Offense: 09/22/2015 | Time/Offense: 02:00 PM | Location: c3e2 |
|---|---|---|

| Rule(s) Violated: 06,21,26 |
|---|
| Throwing, expelling, or otherwise causing a bodily substance to come into contact with another; Disobedience of a direct order; Disrespect to an officer, staff member, visitor or other inmate |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On the above date and approx. time inmate Foster #665579 had his window covered to his cell in C3E2 and was unresponsive to directives. After both myself and Ofc. Merrell gave several directives to uncover his windows shift was notified and Lt. Biederman arrived at approx. 2:01 PM and issued several more directives to comply and remove the coverings on his window. after several more opportunities to comply were afforded and no response was given. at that time Lt Biederman authorized the deployment of oc, the door was opened and a short burst of 304 grams were dispensed in the cell then the door was resecured and another directive was issued to cuff up. With no response from the inmate, the cuff port was accessed, then Inmate Foster threw urine on myself and responding staff. another burst of oc was deployed to gain compliance. Inmate Foster then complied to the directive to cuff up and was removed from his cell and escorted to segregation. once in segregation while on the way to the shower to decontaminate inmate foster turned his face toward me and spit in my face. medical was notified and anatomical were given. eor

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?  ☐ Yes  ☑ No

| Printed Name: Hamrick, Benjamin | Signature: Ben Hamrick |
|---|---|
| Shift: 1st | Days Off: Wensday, Thursday | Date: 09/22/2015 |

A copy of this conduct report was served upon the above-named inmate on: _____ 20____, at _____.

| Staff Signature: |
|---|
| |

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A665579 |
|---|---|

DRC 4018 (rev 12/05)  DISTRIBUTION:  WHITE - RIB  CANARY - Unit File  PINK - RIB Board  GOLD - Inmate  ACA 4214 through 4236, 4269



Inmate:
Chambers
574-776